**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**UNITED STATES OF AMERICA**

v.  **CRIMINAL NO. 3:24-cr-51-DMB-RP-5**

**DEREK MOSLEY**

### ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **A. E. Harlow, Jr.** on **May 29, 2024,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **A. E. Harlow, Jr.** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **A.E. Harlow, Jr.** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 29th day of May, 2024.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE